UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

GREGORY CHRISTOPHER FLEENOR, )
)
    Petitioner, )
) No.: 2:22-CV-13-TRM-CRW
v. )
)
JOHNNY FITZ, )
)
    Respondent. )

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Respondent's motion to dismiss Petitioner's federal habeas petition (Doc. 20) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, Petitioner is **DENIED** leave to appeal *in forma pauperis* on any subsequent appeal. *See* Fed. R. App. P. 24.

    **SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
/s/ *LeAnna R. Wilson*
CLERK OF COURT